AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bea, Carlos T. | U.S. Court of Appeals for the Ninth Circuit | 09/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street, Suite 205
San Francisco, CA 94103

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | ▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/23/1990 | Judges Retirement Systems, State of California (PERS) |
| 2. | 1/23/1990 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | San Francisco Judges' Retirement | $103,465.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 10/30-31/16 | Simi Valley, California | Moderate panel | Travel, hotel and food |
| 2. | Federalist Society | 03/31-04/01/16 | Phoenix, Az | Moderate panel | Travel, hotel and food |
| 3. | Federalist Society | 11/16-19/16 | Washington D.C. | Moderate panel | Travel, hotel and food |
| 4. | ▨ LLC | 12/12-13/15 | Pasadena, CA | Members meeting | Travel, hotel and food |
| 5. | UCLA Law School | 04/16/16 | Los angeles, Ca | Judge moot court | Travel and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ⬜⬜⬜⬜ L.L.C. | G | Distribution | O | W | | | | | See Note 1, Part VIII |
| 2.  Banco Santander | A | Interest | N | T | | | | | See Note 2, Part VIII |
| 3.  Trees (Spain) | | None | N | W | | | | | See Note 3, Part VIII |
| 4.  UBS Money Fund, Inc. Deposit A/C | A | Interest | P2 | T | | | | | |
| 5.  Dodge & Cox Stock Fund | B | Dividend | K | T | | | | | |
| 6.  Ishares Core High Dividend | D | Dividend | N | T | Buy (add'l) | 02/02/16 | M | | Name Change |
| 7.  IShares MSCI Frontier Fund 100 | D | Dividend | | | Sold | 02/01/16 | M | A | |
| 8.  California St Gen Oblig 5%, due 04/01/20 | B | Interest | K | T | | | | | |
| 9.  California St Pub Works, 5%, Due 04/01/20 | C | Interest | L | T | | | | | |
| 10.  Cupertino Cal 5%, Due 08/01/20 | B | Interest | K | T | | | | | |
| 11.  East Baay Ca Mud Water 4%, Due 06/01/21 | A | Interest | K | T | | | | | |
| 12.  San Ramon Valley Cal 4%, Due 08/01/21 | B | Interest | L | T | | | | | |
| 13.  California Pub Works 5%, Due 10/01/21 | B | Interest | K | T | | | | | |
| 14.  State of California 5%, Due 10/01/21 | B | Interest | K | T | | | | | |
| 15.  Los Angeles CA 5%, Due 06/01/22 | B | Interest | L | T | | | | | |
| 16.  Napa Valley Ca 4%, Due 08/01/22 | A | Interest | K | T | | | | | |
| 17.  Huntington Beach CA 5%, Due 08/01/22 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. California St Pub Works 5%, Due 03/01/23 | B | Interest | K | T | | | | | |
| 19. San Francisco CA 5%, Due 06/15/23 | B | Interest | K | T | | | | | |
| 20. Huntington Beach CA 5%, Due 08/01/23 | B | Interest | L | T | | | | | |
| 21. Los Angeles CA 5%, Due 07/01/24 | B | Interest | L | T | | | | | |
| 22. Santa Clara CA 5%, Due 08/01/24 | B | Interest | K | T | | | | | |
| 23. California Infrastructure 5%, Due 10/01/24 | B | Interest | K | T | | | | | |
| 24. Los Angeles CA 5%, Due 07/01/25 | B | Interest | K | T | | | | | |
| 25. Pacific Grove CA 5%, Due 08/01/25 | B | Interest | K | T | | | | | |
| 26. Ukiah CA 4%, Due 08/01/25 | B | Interest | L | T | | | | | |
| 27. University of CA, 5%, Due 05/15/26 | B | Interest | L | T | | | | | |
| 28. Bay Area Water Supply, 5%, Due 10/01/26 | C | Interest | L | T | | | | | |
| 29. San Mateo CA 5%, Due 06/01/27 | C | Interest | M | T | | | | | |
| 30. Alameda County CA 5.250%, Due 12/01/27 | C | Interest | L | T | | | | | |
| 31. California St 5%, Due 08/01/28 | B | Interest | K | T | | | | | |
| 32. Bakersfield 5% Due 09/15/28 | B | Interest | K | T | Buy | 02/04/16 | K | | |
| 33. California St 5%, Due 11/01/28 | B | Interest | K | T | Buy | 02/04/16 | K | | |
| 34. Los Angeles CA 5%, Due 08/01/29 | A | Interest | K | T | Buy | 02/04/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Napa Valley 5%, Due 08/01/29 | A | Interest | K | T | Buy | 02/04/16 | K | | |
| 36. State of California 5.25%, Due 10/01/29 | B | Interest | K | T | | | | | |
| 37. Northern Ca Pwr 5%, Due 07/01/30` | A | Interest | K | T | Buy | 02/04/16 | K | | |
| 38. Franklin Global Bond Fund | D | Dividend | O | T | | | | | |
| 39. Franklin CA High Yield Muni | E | Dividend | N | T | | | | | |
| 40. Alphabet Inc CL A | | None | L | T | | | | | |
| 41. Altria Group | C | Dividend | M | T | Sold (part) | 04/08/16 | K | C | |
| 42. Apple Inc | B | Dividend | L | T | Sold (part) | 09/21/16 | J | A | |
| 43. Berkshire Hathaway | | None | M | T | Sold (part) | 12/15/16 | K | B | |
| 44. Blackrock Inc | B | Dividend | L | T | | | | | |
| 45. Bristol Myers Squibb | A | Dividend | | | Sold | 01/06/16 | L | A | |
| 46. CA Inc | B | Dividend | L | T | | | | | |
| 47. Carinval Corp | B | Dividend | L | T | Sold (part) | 02/02/16 | J | A | |
| 48. Chevron Corp | B | Dividend | L | T | Sold (part) | 02/02/16 | J | A | |
| 49. Cinn Financial Corp | B | Dividend | L | T | Buy (add'l) | 02/02/16 | J | | |
| 50. Cisco Systems | B | Dividend | L | T | | | | | |
| 51. Coca Cola Co | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cognizant Tech | | None | K | T | Sold (part) | 11/28/16 | K | A | |
| 53. Communications Sales & Leasing | A | Dividend | | | Sold | 02/02/16 | K | A | |
| 54. Conoco Phillips | B | Dividend | | | Sold | 02/03/16 | K | A | |
| 55. Core Laboratories | A | Dividend | K | T | | | | | |
| 56. Corrections Corp of America | B | Dividend | | | Sold | 09/21/16 | K | A | |
| 57. Diageo PLC | B | Dividend | L | T | Buy | 06/21/16 | L | | |
| 58. Domimion Resources | B | Dividend | K | T | | | | | |
| 59. Duke Energy Corp | B | Dividend | K | T | | | | | |
| 60. Express Scripts | | None | K | T | Sold (part) | 11/04/16 | K | A | |
| 61. Fastnal | | None | K | T | Buy | 11/09/16 | K | | |
| 62. General Dynamics | B | Dividend | M | T | | | | | |
| 63. General Electric | C | Dividend | L | T | | | | | |
| 64. General Mills | B | Dividend | L | T | Buy | 04/08/16 | L | | |
| 65. H&R Block | B | Dividend | L | T | | | | | |
| 66. Hasbro Inc | B | Dividend | K | T | Sold (part) | 02/02/16 | L | D | |
| 67. Intel Corp | B | Dividend | L | T | Sold (part) | 02/02/16 | J | A | |
| 68. Kinder Morgan | B | Dividend | K | T | Sold (part) | 02/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kraft Heinz Co | B | Dividend | L | T | Buy (add'l) | 12/09/16 | K | | |
| 70. LKQ Corp | | None | K | T | Sold (part) | 08/03/16 | K | C | |
| 71. Lilly Ely & Co | B | Dividend | L | T | Sold (part) | 02/02/16 | J | A | |
| 72. Lowes Companies | B | Dividend | K | T | Sold (part) | 07/22/16 | K | C | |
| 73. M&T Bank | A | Dividend | | | Sold | 02/01/16 | K | A | |
| 74. Mead Johnson Nutrition | A | Dividend | K | T | Sold (part) | 07/25/16 | K | A | |
| 75. Merck & Co | B | Dividend | L | T | Buy | 02/02/16 | L | | |
| 76. Microsoft Corp | B | Dividend | L | T | Buy (add'l) | 02/02/16 | J | | |
| 77. Mosaic Co | B | Dividend | K | T | | | | | |
| 78. Newmarket Corp | A | Dividend | L | T | Buy (add'l) | 02/02/16 | J | | |
| 79. Norfolk Southern | B | Dividend | L | T | | | | | |
| 80. Paypal Holdings | | None | K | T | | | | | |
| 81. Paychex Inc | B | Dividend | L | T | | | | | |
| 82. Perrigo Co | A | Dividend | | | Sold | 04/28/16 | K | A | |
| 83. Pfizer Inc | B | Dividend | L | T | Sold (part) | 02/02/16 | J | A | |
| 84. Priceline Group Inc | | None | L | T | Buy (add'l) | 02/02/16 | J | | |
| 85. Qualcomm Inc | B | Dividend | L | T | Sold (part) | 06/07/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Reynolds American Inc | B | Dividend | K | T | Sold (part) | 04/28/16 | L | E | |
| 87. Ross Stores | A | Dividend | K | T | Buy | 06/16/16 | K | | |
| 88. | | | | | Sold (part) | 12/15/16 | J | A | |
| 89. Schlumberger Ltd | B | Dividend | L | T | Buy (add'l) | 02/02/16 | J | | |
| 90. | | | | | Sold (part) | 12/15/16 | J | A | |
| 91. Schwab, Charles | A | Dividend | K | T | Buy | 02/02/16 | K | | |
| 92. Stericycle Inc | | None | | | Sold | 10/31/16 | K | A | |
| 93. TJX Cos | A | Dividend | K | T | Buy | 06/03/16 | K | | |
| 94. Tractor Supply | A | Dividend | K | T | Buy | 11/08/16 | K | | |
| 95. | | | | | Sold (part) | 11/15/16 | J | A | |
| 96. Treehouse Foods | | None | K | T | Buy | 11/23/16 | K | | |
| 97. Verizon Communications | B | Dividend | L | T | Buy (add'l) | 07/22/16 | K | | |
| 98. Verisk Analytics | | None | | | Sold | 12/15/16 | J | A | |
| 99. Visa Inc | A | Dividend | L | T | | | | | |
| 100. Wells Fargo & Co | C | Dividend | L | T | Buy (add'l) | 10/14/16 | K | | |
| 101. Wells Fargo & Co 6% perferred | A | Dividend | | | Sold | 10/13/16 | K | A | |
| 102. IRA Traditional: UBS Bank Deposit | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA Traditional: UBS Bank Deposit | A | Interest | L | T | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 09/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Assessed value of ▢▢▢▢▢▢ L.L.C. was determined by the Los Angeles County Assessor's Appeal Board.

Note 2: Banco Santander (Spain) has been open for a number of years with minimal amounts.

Note 3: Trees (Spain) located on ▢▢▢ land (acquired 1959).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlos T. Bea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544